```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 01004
   TERRY HOWELL
   LISA HOWELL                                  CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7757    SSN XXX-XX-5587

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/13/2005 and was confirmed 03/10/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED         17172.27       1224.94        17172.27
MARQUETTE CONSUMER FINAN  SECURED          7700.00        541.22         7700.00
MARQUETTE CONSUMER FINAN  UNSEC W/INTER     240.46         23.82          240.46
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         2259.20        169.46         2259.20
ALEXIAN BROTHERS          UNSEC W/INTER  NOT FILED          .00             .00
ST ALEXIUS MEDICAL CENTE  UNSEC W/INTER    1895.00        172.67         1895.00
ALEXIAN BROTHERS MEDICAL  NOTICE ONLY    NOT FILED          .00             .00
AMERICASH LOANS LLC       UNSEC W/INTER     649.51         64.11          649.51
AT & T WIRELESS           UNSEC W/INTER  NOT FILED          .00             .00
AT & T WIRELESS           NOTICE ONLY    NOT FILED          .00             .00
AUM                       UNSEC W/INTER  NOT FILED          .00             .00
BOUNAVENTURE MEDICAL FOU  UNSEC W/INTER  NOT FILED          .00             .00
BOUNAVENTURE MEDICAL FOU  NOTICE ONLY    NOT FILED          .00             .00
BUSINESS CREDIT MANAGEME  UNSEC W/INTER  NOT FILED          .00             .00
CAPITAL ONE BANK          UNSEC W/INTER  NOT FILED          .00             .00
CAPITAL ONE BANK          UNSEC W/INTER  NOT FILED          .00             .00
CARDIOVASCULAR ASSOCIATE  UNSEC W/INTER     258.62         25.49          258.62
CHECK INTO CASH INC       UNSEC W/INTER     575.79         52.46          575.79
CHECK INTO CASH INC       UNSEC W/INTER     287.89         26.23          287.89
COMCAST                   UNSEC W/INTER  NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED          .00             .00
CREDIT COLLECTION SERVIC  UNSEC W/INTER  NOT FILED          .00             .00
CROSS COUNTRY BANK        UNSEC W/INTER  NOT FILED          .00             .00
DEPENDON COLLECTION SERV  UNSEC W/INTER  NOT FILED          .00             .00
EBAY                      UNSEC W/INTER  NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     288.38         26.23          288.38
LA CHAPELLE CREDIT SERVI  UNSEC W/INTER      84.00          8.59           84.00
MONEY MARKET PAYDAY       UNSEC W/INTER  NOT FILED          .00             .00
MONEY MARKET PAYDAY       UNSEC W/INTER  NOT FILED          .00             .00
NEOPATH SC                UNSEC W/INTER  NOT FILED          .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 01004 TERRY HOWELL & LISA HOWELL
```

```
ST ALEXIUS MEDICAL CENTE  UNSEC W/INTER    1737.57           218.68         1737.57
PELLETTIERI & ASSOC       NOTICE ONLY   NOT FILED               .00             .00
PELLETTIERI & ASSOC       UNSEC W/INTER NOT FILED               .00             .00
RADIOLOGICAL CON OF WOOD  UNSEC W/INTER NOT FILED               .00             .00
RESURRECTION MED & SURG   UNSEC W/INTER NOT FILED               .00             .00
RPM INC                   UNSEC W/INTER NOT FILED               .00             .00
RMCB COLLECTION AGENCY    UNSEC W/INTER NOT FILED               .00             .00
SPRINT PCS                UNSEC W/INTER NOT FILED               .00             .00
SPRINT PCS                UNSEC W/INTER NOT FILED               .00             .00
SPRINT                    UNSEC W/INTER NOT FILED               .00             .00
SPRINT PCS                NOTICE ONLY   NOT FILED               .00             .00
STAMPS.COM                UNSEC W/INTER NOT FILED               .00             .00
ST VINCENT HOSPITAL       UNSEC W/INTER      70.76             7.22           70.76
STREAMWOOD BEHAVIORAL HE  UNSEC W/INTER NOT FILED               .00             .00
TALK AMERICA              UNSEC W/INTER NOT FILED               .00             .00
TREE HOUSE APTS           UNSEC W/INTER    1222.12           120.42         1222.12
US CELLULAR               UNSEC W/INTER NOT FILED               .00             .00
US CELLULAR               UNSEC W/INTER NOT FILED               .00             .00
US CELLULAR               NOTICE ONLY   NOT FILED               .00             .00
USA PAY DAY LOANS         UNSEC W/INTER NOT FILED               .00             .00
USA PAY DAY LOANS         UNSEC W/INTER NOT FILED               .00             .00
VILLAGE OF HANOVER PARK   UNSEC W/INTER NOT FILED               .00             .00
TREEHOUSE APTS            UNSEC W/INTER NOT FILED               .00             .00
TREE HOUSE APTS           NOTICE ONLY   NOT FILED               .00             .00
ALEXIAN BROTHERS          UNSEC W/INTER NOT FILED               .00             .00
MID AMERICA               UNSEC W/INTER NOT FILED               .00             .00
BOUNAVENTURE MEDICAL FOU  UNSEC W/INTER NOT FILED               .00             .00
CREDIT COLLECTION SERV    NOTICE ONLY   NOT FILED               .00             .00
EBAY                      NOTICE ONLY   NOT FILED               .00             .00
HEALTH MANAGEMENT         UNSEC W/INTER NOT FILED               .00             .00
MEA DEPT                  UNSEC W/INTER NOT FILED               .00             .00
NCO FINANCIAL SYSTEMS     UNSEC W/INTER NOT FILED               .00             .00
NCO FINANCIAL SYSTEM      UNSEC W/INTER NOT FILED               .00             .00
NEOPATH S C               UNSEC W/INTER NOT FILED               .00             .00
RADIOLOGIST LTD           UNSEC W/INTER NOT FILED               .00             .00
ALEXIAN BROTHERS MEDICAL  UNSEC W/INTER NOT FILED               .00             .00
ST ALEXIUS MEDICAL CENTE  UNSEC W/INTER NOT FILED               .00             .00
ST ALEXIUS MEDICAL CENTE  UNSEC W/INTER NOT FILED               .00             .00
STATE COLLECTION SERVICE  NOTICE ONLY   NOT FILED               .00             .00
SUBURBAN LUNG ASSOCIATES  UNSEC W/INTER NOT FILED               .00             .00
VILLAGE OF HANOVER PARK   NOTICE ONLY   NOT FILED               .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER     595.01            60.84          595.01
ILLINOIS DEPT OF REVENUE  PRIORITY          277.18            18.72          277.18
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER      69.00             5.95           69.00
AMERICASH LOANS LLC       UNSEC W/INTER        .00              .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY     2,400.00                         2,400.00
TOM VAUGHN                TRUSTEE                                          2,248.36
DEBTOR REFUND             REFUND                                               7.83


                     PAGE  2 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 01004 TERRY HOWELL & LISA HOWELL
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  42,806.00

PRIORITY                                          2,536.38
     INTEREST                                       188.18
SECURED                                          24,872.27
     INTEREST                                     1,766.16
UNSECURED                                         7,974.11
     INTEREST                                       812.71
ADMINISTRATIVE                                    2,400.00
TRUSTEE COMPENSATION                              2,248.36
DEBTOR REFUND                                         7.83
                         ---------------     ---------------
TOTALS                   42,806.00               42,806.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 12/27/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```